Ray Langen, Appellant, v. Merchants Acceptance Corporation, Appellee.

Gen. No. 42,634.

opinion filed November 6, 1944; released for publication November 24, 1944. Harry G. Fins, for appellant; M. Robert Sturman, for appellee. Opinion by JUSTICE FRIEND. Not to be published in full.